**Opinion issued September 13, 2016**



In The

# Court of Appeals

For The

# First District of Texas

―――――――――――――

## NO. 01-16-00614-CV

―――――――――――――

## IN RE FRANK COPPOLA AND BRIDGET COPPOLA, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Frank Coppola and Bridget Coppola, have filed a petition for a writ of mandamus, challenging the trial court's order denying their motion to designate responsible third parties.[1]

---

[1]    The underlying case is *Nancy Adams and Adams Investment Properties, L.L.C. v. Frank Coppola and Bridget Coppola*, cause no. 2015-13321, in the 281st District Court of Harris County, Texas, the Honorable Sylvia Matthews presiding.

We deny the petition and dismiss as moot relators' agreed motion to stay the trial setting.

**PER CURIAM**

Panel consists of Justices Jennings, Keyes, and Brown.